February 25, 1903, affirming a judgment in favor of plaintiffs and defendant, respondent, entered upon a verdict directed by the court.

*John Notman* for appellant.

*William B. Ellison* and *Arnold L Davis* for plaintiffs, respondents.

*William W. Dewhurst* for defendant, respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.

---

HANNAH F. BENJAMIN et al., Respondents, *v.* THE AMERICAN FIRE INSURANCE COMPANY OF PHILADELPHIA, Appellant, and JOHN M. DIVEN, Respondent.

*Benjamin* v. *American Fire Ins. Co.*, 80 App. Div. 631, affirmed.
(Argued February 10, 1904; decided March 1, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 25, 1903, affirming a judgment in favor of plaintiffs and defendant, respondent, entered upon a verdict directed by the court.

*Michael H. Cardozo* for appellant.

*William B. Ellison* and *Arnold L. Davis* for plaintiffs, respondents.

*William W. Dewhurst* for defendant, respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.